# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN E. GRIFFIN, :
    Plaintiff :
: No. 1:19-cv-755
    v. :
: (Judge Rambo)
OFFICER MCCOY, *et al.*, :
    Defendants :

## ORDER

**AND NOW**, on this 10th day of June 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendant McCoy's motion to dismiss (Doc. No. 3) is **DENIED**; and

2. Plaintiff's motion to abstain and remand (Doc. No. 5) is **DENIED**.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge